## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Corks, Robert Earl | Case Number:  06 B 03144 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 12/02/08 | Filed:  3/27/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  September 23, 2008

Confirmed:  May 16, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,871.93 | |
| Secured: | | 0.00 |
| Unsecured: | | 9,639.50 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 676.08 |
| Other Funds: | | 56.35 |
| Totals: | 12,871.93 | 12,871.93 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,500.00 | 2,500.00 |
| 2. | DaimlerChrysler Servs North America | Unsecured | 10,201.35 | 6,876.14 |
| 3. | RoundUp Funding LLC | Unsecured | 1,012.17 | 667.77 |
| 4. | Capital One | Unsecured | 1,713.98 | 1,155.50 |
| 5. | Portfolio Recovery Associates | Unsecured | 140.00 | 88.19 |
| 6. | Richard P Komyatte & Assoc | Unsecured | 35.00 | 15.22 |
| 7. | T Mobile USA | Unsecured | 88.38 | 49.72 |
| 8. | Midwest Verizon Wireless | Unsecured | 233.15 | 157.17 |
| 9. | World Financial Network Nat'l | Unsecured | 954.72 | 629.79 |
| 10. | Debra Corks | Priority | | No Claim Filed |
| 11. | AT&T Broadband | Unsecured | | No Claim Filed |
| 12. | Bonita Coleman | Unsecured | | No Claim Filed |
| 13. | Chase | Unsecured | | No Claim Filed |
| 14. | Citibank | Unsecured | | No Claim Filed |
| 15. | SBC | Unsecured | | No Claim Filed |
| 16. | Pathology Assoc Of Chicago | Unsecured | | No Claim Filed |
| 17. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| | | | $ 16,878.75 | $ 12,139.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 129.52 |
| 4.8% | 141.47 |
| 5.4% | 333.36 |
| 6.5% | 71.73 |
| | $ 676.08 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Corks, Robert Earl

Printed: 12/02/08

Case Number:  06 B 03144

Judge:  Goldgar, A. Benjamin

Filed:  3/27/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

